UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL DALTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARRIE RUSSO, et al.,<br><br>　　　　　　Defendants. | CASE NO. **2:25-cv-01254-RAJ**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 3** |

　　　The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　　The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

　　　DATED this 7th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge